NUMBER
13-10-00465-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

RELIANCE TRUST
COMPANY,                                             APPELLANT,

 

                                                             v.

 

JOSE LUIS CRUZ, ET
AL.,                                                     APPELLEES. 

____________________________________________________________

 

                          On
Appeal from the 206th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

      Before Chief Justice Valdez and Justices Rodriguez and Vela

Memorandum Opinion
Per Curiam

 








Appellant
perfected an appeal from a judgment entered by the 206th District Court of Hidalgo
County, Texas, in cause number C-2882-07-D.  Appellant has filed an unopposed
motion to dismiss the appeal on grounds that appellant no longer wishes to
prosecute the appeal.  Appellant requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same.  See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

21st day of October, 2010.